MARY C. WICKHAM, County Counsel
JENNIFER A. D. LEHMAN, Assistant County Counsel
EDWIN A. LEWIS, Principal Deputy County Counsel
(SBN 101699) • *elewiss@counsel.lacounty.gov*
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1202 · Fax: (213) 626-2105

Attorneys for
Defendants COUNTY OF LOS ANGELES, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KEVIN MCNAIR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, & DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 15-CV-09913 AB (AGRx)<br><br>(**PROPOSED**) **ORDER OF DISMISSAL BASED ON STIPULATION**<br><br>**[Fed. R. Civ. P. 41]** |

Based upon the Stipulation of Dismissal and good cause appearing, it is Ordered that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), as to all parties and all causes of action.

**IT IS SO ORDERED**.

DATED: April 20, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.,
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE